| | |
|---|---|
| 1 | GAIL SHIFMAN (State Bar No. 147334) |
| 2 | Attorney at Law |
| | 601 California Street, Suite 1800 |
| 3 | San Francisco, California 94108 |
| | Telephone: (415) 551-1500 |
| 4 | Facsimile: (415) 551-1502 |
| 5 | Attorney for Defendant |
| | SANTOS CABRERA-ARTEGA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 12-0030 EMC (LB) |
| | ) | |
| Plaintiff, | ) | STIPULATION TO WAIVE DETENTION |
| | ) | HEARING, VACATE DETENTION |
| vs. | ) | HAERING, AND SET MATTER FOR |
| | ) | STATUS HEARING; ~~PROPOSED~~ ORDER |
| SANTOS CABRERA-ARTEGA, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, SANTOS CABRERA-ARTEGA, by and through Counsel hereby waives the detention hearing currently set for January 16, 2013 without prejudice to his right to renew the request for a detention hearing in the future.

Defendant having provided the financial affidavit to the Court on January 9, 2013, IT IS STIPULATED that the detention hearing currently on calendar January 16, 2013, be **vacated**;

IT IS FURTHER STIPULATED that this mater be placed on calendar for a further status hearing on March 13, 2013 at 2:30 p.m. before the Honorable Edward Chen..

STIPULATION TO WAIVE/VACATE SANTOS CABRERA-ARTEAGA'S DETENTION HAERING; ~~PROPOSED~~ ORDER

1

Dated: January 9, 2013                             /s/ S. Waqar Hasib
                                                   _____
                                                   S. WAQAR HASIB
                                                   Assistant United States Attorney


Dated: January 9, 2013                             /s/ Gail Shifman
                                                   _____
                                                   Gail Shifman
                                                   Attorney for Defendant
                                                   SANTOS CABRERA-ARTEGA

[PROPOSED] ORDER

This matter having come before the Court upon the Stipulation of the parties and the Court being informed,

It is ORDERED that:

1. The detention hearing as to defendant SANTOS CABRERA-ARTEGA is waived and vacated;

2. The matter is added to calendar for a further status hearing on March 13, 2013, 2:30 p.m. before the Honorable Edward M. Chen.

Dated: January 11, 2013

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO WAIVE/VACATE SANTOS CABRERA-ARTEAGA'S DETENTION HAERING; PROPOSED ORDER

2