```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  S. WAQAR HASIB (CABN 234818)
    ALEXANDRA P. SUMMER (CABN 266485)
 5  Assistant United States Attorneys
            450 Golden Gate Avenue, Box 36055
 6          San Francisco, California 94102-3495
            Telephone: (415) 436-7200
 7          Fax: (415) 436-6982
            waqar.hasib@usdoj.gov
 8          alexandra.summer@usdoj.gov

 9  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 12-00030 EMC-(EDL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT RODELO LARA'S MOTION TO COMPEL |
| v. | |
| ANTONIO JOSE DIAZ-RIVERA, a/k/a Jose Angel MONROY, a/k/a Magico, a/k/a Miguel, et. al. | |
| Defendants. | |

The parties appeared on December 16, 2013, for a hearing on Defendant Rodelo Lara's motion to compel, which has been joined by Defendant Santos Cabrera-Arteaga and Defendant Jesus Almendares-Vasquez.

The parties stipulate and agree to the following procedure to resolve that motion, as discussed at the hearing:

That the government will provide to the Court *ex parte in camera* administrative subpoenas requesting information related to the following numbers [provided by Tim Finnegan], provided by the

STIPULATION and [PROPOSED] ORDER
CR 12-00030 EMC-(EDL)

1

defense. That the Court will review the administrative subpoenas *in camera* and will request a further response by the parties if the Court has any *Brady* concerns with regarding to the subpoenas.

That the Court may grant the motion insofar as it may order the United States, pursuant to its *Brady* obligations, to search for, under the procedures outlined in *United States v. Cerna*, and disclose to the defendants if found, any impeachment materials in the possession of the San Francisco Police Department relating to the individuals identified in its wiretap affidavit as "CS-1," "CS-5," "CS-6", and "CS-7" that have not already been disclosed as part of the United States' other discovery obligations.

That the motion may in other respects be denied.

IT IS SO STIPULATED.

DATED: December 17, 2013

MELINDA HAAG
United States Attorney

\_\_/s/_____
S. WAQAR HASIB
ALEXA SUMMER
Assistant United States Attorneys

\_\_/s/_____
JEFFRY GLENN
Attorney for Defendant Rodelo Lara

\_\_/s/_____
GAIL SHIFMAN
Attorney for Defendant Cabrera-Arteaga

\_\_/s/_____
RANDY SUE POLLOCK
Attorney for Defendant Almendares-Vasquez

### [PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown, it is hereby ordered:

STIPULATION and [PROPOSED] ORDER
CR 12-00030 EMC-(EDL)

2

1    That the government will provide to the Court *ex parte in camera* administrative subpoenas
2 requesting information related to the following numbers ==provided by the defense==.  That the Court will
3 review the administrative subpoenas *in camera* and will request a further response by the parties if the
4 Court has any *Brady* concerns with regarding to the subpoenas.

5    That the Court grants the motion insofar as the United States shall, pursuant to its *Brady*
6 obligations, search for, under the procedures outlined in *United States v. Cerna*, and disclose to the
7 defendants if found, any impeachment materials in the possession of the San Francisco Police
8 Department relating to the individuals identified in its wiretap affidavit as "CS-1," "CS-5," "CS-6", and
9 "CS-7" that have not already been disclosed as part of the United States' other discovery obligations.

10    The motion is in other respects denied.

12    IT IS SO ORDERED.

14 DATED:                                          _____
                                                   HON. ELIZABETH D. LAPORTE
15                                                 United States Chief Magistrate Judge