MELINDA HAAG (CABN 132612)
United States Attorney
J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division
S. WAQAR HASIB (CABN 234818)
ALEXANDRA P. SUMMER (CABN 266485)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6982
    waqar.hasib@usdoj.gov
    alexandra.summer@usdoj.gov
    Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-0o0-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIO JOSE DIAZ-RIVERA, a/k/a<br>    Jose Angel MONROY, a/k/a Magico,<br>    a/k/a Miguel,<br>et. al.<br><br>    Defendants. | CASE NO. CR 12-00030 EMC-(EDL)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT RODELO LARA'S MOTION TO COMPEL |

The parties appeared on December 16, 2013, for a hearing on Defendant Rodelo Lara's motion to compel, which has been joined by Defendant Santos Cabrera-Arteaga and Defendant Jesus Almendares-Vasquez. The parties stipulate and agree to the following procedure to resolve that motion:

-1-

1. That the government will provide to the Court *ex parte in camera* the following information related to each of the following numbers [provided by Tim Finnegan], provided by the defense:

(a) all administrative subpoenas seeking information on each of the foregoing numbers;
(b) returns to each such subpoena
(c) all requests for information, whether or not styled administrative subpoenas, that directed the investigation toward each of the foregoing numbers.

2. That the parties will provide further briefing to the Court to assist its *in camera* review by [date].

3. That the parties request that the Court decide whether the government should also be compelled to provide the information set forth in paragraphs (1)(a) through (c) for each of the remaining numbers identified on the spreadsheet, attached as Exhibit R to the motion to compel.

4. That the Court may grant the motion insofar as it may order the United States, pursuant to its *Brady* obligations, to search for, under the procedures outlined in *United States v. Cerna*, and disclose to the defendants if found, any impeachment materials in the possession of the San Francisco Police Department relating to the individuals identified in its wiretap affidavit as "CS-1," "CS-5," "CS-6", and "CS-7" that have not already been disclosed as part of the United States' other discovery obligations.

IT IS SO STIPULATED.

DATED: January 7, 2014                          MELINDA HAAG
                                                United States Attorney

                                                /s/
                                                _____
                                                S. WAQAR HASIB
                                                ALEXA SUMMER
                                                Assistant United States Attorneys

/s/
_____
JEFFRY GLENN
Attorney for Defendant Rodelo Lara

/s/
_____
GAIL SHIFMAN
Attorney for Defendant Cabrera-Arteaga

/s/
_____
RANDY SUE POLLOCK
Attorney for Defendant Almendares-Vasquez

[PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown, it is hereby Ordered as follows:

1. That the government will provide to the Court *ex parte in camera* the following information related to each of the following numbers (provided by Tim Finnegan), provided by the defense:

(a) all administrative subpoenas seeking information on each of the foregoing numbers;
(b) returns to each such subpoena;
(c) all requests for information, whether or not styled administrative subpoenas, that directed the investigation toward each of the foregoing numbers.

2. That the parties will provide further briefing to the Court to assist its *in camera* review by [date].

3. That the parties request that the Court decide whether the government should also be compelled to provide the information set forth in paragraphs (1)(a) through (c) for each of the remaining numbers identified on the spreadsheet, attached as Exhibit R to the motion to compel.

4. That the Court may grant the motion insofar as it may order the United States, pursuant to its *Brady* obligations, to search for, under the procedures outlined in *United States v. Cerna*, and

disclose to the defendants if found, any impeachment materials in the possession of the San Francisco Police Department relating to the individuals identified in its wiretap affidavit as "CS-1," "CS-5," "CS-6", and "CS-7" that have not already been disclosed as part of the United States' other discovery obligations.

    IT IS SO ORDERED.

Dated: January _____, 2014

                                                               _____
                                                               HON. ELIZABETH D. LAPORTE
                                                               United States Chief Magistrate Judge

.